[No. 14756-1-I. Division One. June 23, 1986.]

THE STATE OF WASHINGTON, *Respondent,* v. TIMOTHY S. HAYNES, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 83-1-03009-5, Robert E. Dixon, J., entered April 19, 1984. *Affirmed* by unpublished opinion per Schol-

field, C.J., concurred in by Swanson, J., and Johnsen, J. Pro Tem.